IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

       Plaintiff,                    No. CIV S-10-1825 WBS EFB P

   vs.

M.D. MCDONALD, et al.,

       Defendants.             <u>ORDER</u>

                             /

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. In his objections to the January 31, 2011 findings and recommendations for dismissal, plaintiff requests an extension of time to file an amended complaint in accordance with the court's December 10, 2010 order. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's February 7, 2011 request is granted and plaintiff has 60 days from the date this order is served to file an amended complaint. Failure to timely file an amended complaint will result in the January 31, 2011 findings and recommendations being submitted to the district judge.

      So ordered.

Dated: February 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE